IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR377 |
| | § | Judge Schroeder |
| SILAS IPINA MATTA | § | |

## FINAL ORDER OF FORFEITURE

The defendant, **Silas Ipina Matta**, pled guilty to Count One of the Indictment, which charged a violation of 21 U.S.C. § 963, Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States.  The United States has filed a motion for $100,000.00 in United States currency.  Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Accordingly, the Court orders that the defendant forfeit to the United States the sum of $100,000.00 pursuant to 21 U.S.C. §§ 853 and 970.  Pursuant to Fed. R. Crim. P. 32.2(b)(3), this order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  The United States may, at any time, pursuant to Fed. R. Crim. P. 32.2(e), move to amend this order to substitute property to satisfy the cash proceeds in the amount of $100,000.00 in whole or in part.

**So ORDERED and SIGNED this 1st day of May, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE